Andrew BROWN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 76426.

Missouri Court of Appeals,
Western District.

May 27, 2014.

Jeannie Willibey, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Chris Koster, Attorney General, Todd T. Smith, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division One: JOSEPH M. ELLIS, Presiding Judge, and KAREN KING MITCHELL and ANTHONY REX GABBERT, Judges.

### Order

PER CURIAM:

Andrew Brown appeals, following an evidentiary hearing, the denial of his Rule 24.035 motion for post-conviction relief. In his sole point on appeal, Brown contends that the motion court clearly erred in denying his motion because he established that his plea counsel provided ineffective assistance when she allegedly promised him that if he pled open, the court would sentence him to no more than three or four years' imprisonment. After receiving a sentence of six years' imprisonment, Brown contends that had he known that pleading open meant that he could be sentenced to more than a total of three or four years' imprisonment, he would not

have pled guilty but would have insisted on going to trial. .

We affirm. Rule 84.16(b).